**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00261-CV**

_____

**PAUL ALAN WILEY, Appellant**

**V.**

**SHANNON LEE INMAN, Appellee**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 23-02-02310-CV**

**MEMORANDUM OPINION**

Paul Wiley, Appellant, filed a motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

                                        PER CURIAM

Submitted on February 28, 2024
Opinion Delivered February 29, 2024

Before Horton, Johnson and Wright, JJ.